### ADAMS v. STATE.

(Court of Criminal Appeals of Texas. June 18, 1913.)

CRIMINAL LAW (§ 1090*)—APPEAL—RECORD.

The denial of a motion for a new trial cannot be reviewed where the record contains neither a statement of facts nor bills of exception.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Bexar County; W. S. Anderson, Judge.

Effie Adams was convicted of theft from the person, and she appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft from the person; her punishment being assessed at two years' confinement in the penitentiary. The record is before us without a statement of facts or bills of exception. In the absence of both, the grounds of the motion for new trial present nothing that can be intelligently reviewed.

The judgment is affirmed.